JUDITH S. COFFEY, Petitioner v. COMMISSIONER OF INTERNAL REVENUE, Respondent
Coffey v. Comm'r
Docket No. 4720-10.
United States Tax Court
2011 U.S. Tax Ct. LEXIS 46; January 12, 2011, Decided
*46 Julian I. Jacobs, Judge.
Julian I. Jacobs
ORDER
Asserting an interest in the outcome of this case, on December 15, 2010, the Government of the U.S.Virgin Islands (Virgin Islands) filed a motion to intervene. The Virgin Islands asserts that under Rule 1(b), Tax Court Rules of Practice and Procedure, it should be permitted to intervene as of right pursuant to Rule 24(a), Federal Rules of Civil Procedure, or, alternatively, pursuant to the permissive intervention rules of Rule 24(b)(2), Federal Rules of Civil Procedure.
This case presents issues similar to those presented in Appleton v. Commissioner, 135 T.C. 461 (2010), wherein we declined to permit the Virgin Islands to intervene. We believe that because intervention by the Virgin Islands could result in trial complications, and for other reasons set forth in Appleton, intervention is not the method which the Virgin Islands should use to express its position.
The premises considered, it is
ORDERED that the Virgin Islands motion to intervene, filed December 15, 2010, is denied. It is further
ORDERED that in addition to regular service on the parties, service of this Order shall be made on
Vincent F. Frazer, Esq.
Attorney General
Virgin Islands *47 Department of Justice
GERS Complex
48B-50C Kronprindsens Gade
St. Thomas, U.S.Virgin Islands 00802
and
Barry J. Hart, Esq.
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006
(Signed) Julian I. Jacobs
Judge
Dated: Washington, D.C.
January 12, 2011